**Terry Douglas CAMPBELL,**
**Plaintiff–Appellant,**

v.

**Ingles MARKET, Ingles Store 92; Michael Christopher Folk; Travis Todd King; Kennith Hammett; Nathaniel Mark Rainey; John Allen Putman, Defendants–Appellees,**

**and**

**SPTG Co Sheriffs Dept, Defendant.**

No. 14–6989.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 21, 2014.

Decided Oct. 24, 2014.

Terry Douglas Campbell, Appellant pro se. Anne Ross Culbreath, Wilson Scar-borough Sheldon, Willson Jones Carter & Baxley, P.A., Greenville, South Carolina; Nathaniel Heyward Clarkson, III, Amy Miller Snyder, Clarkson Walsh Terrell & Coulter, PA, Greenville, South Carolina; James Alexander Timmons, Clawson & Staubes, Greenville, South Carolina, for Appellees.

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Campbell seeks to appeal the district court's order denying reconsideration of its order dismissing some, but not all, defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Campbell seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction and deny Campbell's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*